Bernard Horwich, Appellee, v. Andrew H. Dressel et
al. Andrew H. Dressel and Julia Schanze, Appellants.

Gen. No. 41,390.

opinion filed December 23, 1940.

Julian C. Ryer and Clarke B. Richie, for appellants; John E. Johnson and John R. Wall, for appellees. Opinion by Presiding Justice O'Connor. "Not to be published in full."